**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

MARCUS L. TATE                           *
                                                       *
                        Plaintiff           *
                                                       *
VS.                                                  *
                                                       *          NO: 4:09CV00125   SWW
DASSAULT FALCON JET                *
CORPORATION                            *
                                                       *
                        Defendant        *
                                                       *

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23RD   DAY OF MARCH,  2010.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE