## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARCUS L. TATE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00125   SWW |
| DASSAULT FALCON JET CORPORATION | * * | |
| | * | |
| Defendant | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23RD   DAY OF MARCH,  2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE